# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Teresa L Smith

    v.                                      Case Number - 04-4187-CV-C-WAK

Jo Anne B Barnhart.

   _    *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   X    *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED

        *-by order of May 17, 2005, that the decision of the Commissioner is affirmed and this case is dismissed.*
.


ENTERED ON: May 18, 2005

                                                            *Patricia L. Brune*

May 18, 2005                                         Clerk
Date

                                                             */s/ J Russel*
                                                              J Russel
                                                              *(By) Deputy Clerk*